UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE VALENTIN,                                                              JUDGMENT
                                                                                        08-CV- 2137 (CBA)
                Petitioner,

  -against-

                                                                     SEP 27 2011

ROBERT ERCOLE, SUPERINTENDENT,

                Respondent.
-----------------------------------------------------------------X

       A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 20, 2011, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
         September 26, 2011                                    s/RCH

                                                            ROBERT C. HEINEMANN
                                                           Clerk of Court