UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE VALENTIN,

                Petitioner,

  -against-

ROBERT ERCOLE, SUPERINTENDENT,

                Respondent.
------------------------------------------------------------X

JUDGMENT
08-CV-2137 (CBA)

SEP 27 2011

      A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 20, 2011, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       September 26, 2011

                                              s/RCH
                                      ROBERT C. HEINEMANN
                                      Clerk of Court